UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY FERNANDO LOPEZ ROBLES,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-03994-TLN-CKD P<br><br>ORDER |

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and is now represented by counsel. (ECF No. 1.) The time previously granted for petitioner to file an amended petition or request a different schedule has expired. Good cause appearing, IT IS ORDERED as follows:

1. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

/////

/////

/////

/////

2. Petitioner's optional reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within seven (7) days after service with the response.

Dated: August 18, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 lope5669.res